■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MANGOT, Appellant.—Appeal by defendant, as limited by his brief, from five sentences of the Supreme Court, Queens County (Rotker, J.), all imposed March 24, 1983.

Sentences affirmed.

Defendant was properly adjudicated a second felony offender *(see, People v Bryant,* 47 AD2d 51, 62-63). Nor is there merit to defendant's contention that his sentences were excessive *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., O'Connor, Rubin and Kunzeman, JJ., concur.